IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGROFRESH INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 16 cv 662 |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MIRTECH, INC., NAZIR MIR, ESSENTIV | ) |
| LLC, DECCO U.S. POST-HARVEST, INC., | ) |
| and CEREXAGRI, INC. d/b/a DECCO | ) |
| POST-HARVEST, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon application of Plaintiff Agrofresh Inc., and for good cause shown,

IT IS HEREBY ORDERED this ___3___ day of ___August___, 2016, that Plaintiff's Complaint in the above-captioned matter may be provisionally filed under seal. _KN_

_____
United States District Judge

KN: It does not look to me like the complaint ought to be under seal. Defendant has ten days after service of the complaint to file a motion to seal. Otherwise, the Clerk should unseal the complaint.