# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGROFRESH INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ESSENTIV LLC, DECCO U.S. POST-HARVEST, )<br>INC., and CEREXAGRI, INC. d/b/a DECCO )<br>POST-HARVEST, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 16-662-JFB-SRF |

## ORDER

At Wilmington this 18th day of **September, 2017**, plaintiff AgroFresh Inc. having moved for leave to file the first amended complaint in this action under seal (D.I. 108), and the court having determined that good grounds exist for the requested relief;

NOW THEREFORE, IT IS HEREBY ORDERED that plaintiff's motion to seal the first amended complaint is GRANTED.

Sherry R. Fallon
United States Magistrate Judge