

Frederick L. Cottrell III
302-651-7509
Cottrell@rlf.com

December 5, 2017

**VIA CM/ECF & HAND DELIVERY**

The Honorable Sherry R. Fallon
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:   *AgroFresh Inc. v. Mirtech, Inc., et al.*,
               C.A. No. 16-662-JFB-SRF

Dear Magistrate Judge Fallon:

      We write in response to AgroFresh's letter of December 4, 2017.

      As AgroFresh noted in its letter, Decco has no objection to the Mir Defendants de-designating the PTX-324 document. However, since the document was produced by Mir and not by Decco, Decco does not have the ability to de-designate the document itself.

      In view of the communication from Mir's counsel, Mr. Glenn Brown, attached to AgroFresh's letter as Exhibit C, Decco understands Mir may not file an opposition to AgroFresh's filing. If so, Decco believes the court can order the document de-designated without further proceedings, and there is no need for a teleconference on this matter.

                                           Respectfully,

                                           */s/ Frederick L. Cottrell, III*

                                           Frederick L. Cottrell, III (#2555)

cc: Counsel of Record (via CM/ECF)