IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AGROFRESH INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-662 (MN) (SRF) |
| | ) | |
| MIRTECH, INC., NAZIR MIR, ESSENTIV LLC, DECCO U.S. POST-HARVEST, INC., CEREXAGRI, INC. d/b/a DECCO POST-HARVEST, and UPL, LTD., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

WHEREAS, on December 11, 2019, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 338);

WHEREAS, the Report and Recommendation recommends that the Court GRANT the MirTech defendants' "Motion to Dismiss Pursuant to Court Order and Rule 41(b) of the Federal Rules of Civil Procedure" (D.I. 178);

WHEREAS, no objections to the Report and Recommendation have been filed.

THEREFORE, IT IS HEREBY ORDERED this 2nd day of January 2019 that:

1. The Report and Recommendation (D.I. 338) is ADOPTED as to the Motion to Dismiss (D.I. 178) and that motion is GRANTED.

2. Defendants MirTech, Inc. and Nazir Mir are hereby DISMISSED.

3. The caption of this case is hereby amended as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AGROFRESH INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-662 (MN) (SRF) |
| | ) | |
| ESSENTIV LLC, DECCO U.S. POST-HARVEST, INC., CEREXAGRI, INC. d/b/a DECCO POST-HARVEST, and UPL, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

_____
The Honorable Maryellen Noreika
United States District Judge

2