## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGROFRESH INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 16-662-MN |
| | ) |
| ESSENTIV LLC, DECCO U.S. POST-HARVEST, INC., CEREXAGRI, INC. d/b/a DECCO POST-HARVEST, and UPL, LTD., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER**

WHEREAS, the Court has considered Agrofresh's Motion Pursuant to Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law on Certain Invalidity Defenses and any opposition thereto;

IT IS HEREBY ORDERED this _____ day of _____, 2019, that Plaintiff's Motion is GRANTED.

_____
The Honorable Maryellen Noreika
United States District Judge