# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGROFRESH INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 16-662-MN |
| | ) |
| ESSENTIV LLC, DECCO U.S. POST- | ) |
| HARVEST, INC., CEREXAGRI, INC. d/b/a | ) |
| DECCO POST-HARVEST, and UPL, LTD., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## [PROPOSED] ORDER

The Court having considered Defendants Essentiv LLC, Decco U.S. Post-Harvest, Inc., Cerexagri, Inc. and UPL, Ltd.'s Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(a)(1) and any opposition hereto,

IT IS HEREBY ORDERED this ___ day of _____, 2019 that the Motion is GRANTED.

_____
THE HONORABLE MARYELLEN NOREIKA
DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE