# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGROFRESH INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-662-MN |
| | ) |
| ESSENTIV LLC, DECCO U.S. POST-HARVEST, INC., CEREXAGRI, INC. d/b/a DECCO POST-HARVEST, and UPL, LTD., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the undersigned counsel, subject to the approval of the Court, that Plaintiff AgroFresh Inc.'s time to file a reply brief in support of its Motion for Enhanced Damages after the Jury's Finding of Willfulness and Malice (D.I. 587) shall be extended until December 11, 2019.

Dated: November 27, 2019

| | |
|---|---|
| BARNES & THORNBURG LLP | RICHARDS, LAYTON & FINGER, P.A. |
| | |
| */s/ Chad S.C. Stover* | */s/ Nicole K. Pedi* |
| Chad S.C. Stover (No. 4919) | Frederick L. Cottrell, III (#2555) |
| Regina S.E. Murphy (No. 5648) | Jeffrey L. Moyer (#3309) |
| 1000 N. West Street, Suite 1500 | Nicole K. Pedi (#6236) |
| Wilmington, DE 19801 | One Rodney Square |
| Telephone: (302) 300-3474 | 920 N. King Street |
| E-mail: chad.stover@btlaw.com | Wilmington, Delaware 19801 |
| E-mail: gigi.murphy@btlaw.com | (302) 651-7700 |
| | Cottrell@rlf.com |
| | Moyer@rlf.com |
| | Pedi@rlf.com |

OF COUNSEL:

Robert D. MacGill
Lynn C. Tyler
T. Joseph Wendt
Jessica M. Lindemann
Matthew Ciulla
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
E-mail: rmacgill@btlaw.com
E-mail: jwendt@btlaw.com
E-mail: jessica.lindemann@btlaw.com
Email: matthew.ciulla@btlaw.com

*Attorneys for Plaintiff*
*Agrofresh Inc.*

OF COUNSEL:

Gerald F. Ivey
John M. Williamson
Anand K. Sharma
Rajeev Gupta
Maximilienne Giannelli
Karthik Kumar
Daniel F. Roland
Aidan Skoyles
FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
gerald.ivey@finnegan.com
john.williamson@finnegan.com
parmanand.sharma@finnegan.com
raj.gupta@finnegan.com
max.giannelli@finnegan.com
karthik.kumar@finnegan.com
daniel.roland@finnegan.com
aidan.skoyles@finnegan.com

*Attorneys for Defendants*

IT IS SO ORDERED, this _____ day of _____ 2019

_____
The Honorable Maryellen Noreika
United States District Judge