IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGROFRESH INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ESSENTIV LLC, DECCO U.S. POST-HARVEST, INC., CEREXAGRI, INC. d/b/a DECCO POST-HARVEST and UPL, LTD., | ) C.A. No. 16-662 (MN) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 30th day of November 2020:

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for enhanced damages (D.I. 587) is DENIED;

2. Plaintiff's motion for pre- and post-judgment interest (D.I. 589) is GRANTED with modification; and

3. Defendants' renewed motion for judgment as a matter of law (D.I. 596) is GRANTED-IN-PART and DENIED-IN-PART.

IT IS FURTHER ORDERED that, on or before December 7, 2020, the parties shall meet and confer and submit a JOINT proposed amended judgment that is consistent with this Memorandum Opinion and which includes the amount of pre-judgment interest calculated consistent with this Opinion, as well as the rate of post-judgment interest set forth therein.

The Honorable Maryellen Noreika
United States District Judge