# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGROFRESH INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 16-662-MN |
| v. | ) |
| | ) |
| ESSENTIV LLC, DECCO U.S. POST-HARVEST, INC., CEREXAGRI, INC. d/b/a DECCO POST-HARVEST, and UPL Ltd., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF LODGING OF SUPERSEDEAS BOND

PLEASE TAKE NOTICE, that Defendants Decco U.S. Post-Harvest, Inc. and UPL Ltd. (collectively, "Defendants") hereby lodge with the Court a bond in the amount of $14,337,421.00 for approval by the Court pursuant to Federal Rule of Civil Procedure 62(b), and to obtain a stay of any execution or enforcement of the Judgment (D.I. 654), to the extent necessary, until the completion of the parties' appeals to the United States Court of Appeals for the Federal Circuit. A true and correct copy of the bond is attached hereto as Exhibit A.

| | |
|---|---|
| OF COUNSEL |   */s/ Frederick L. Cottrell, III* |
| | Frederick L. Cottrell, III (#2555) |
| Gerald F. Ivey | Jeffrey L. Moyer (#3309) |
| J. Michael Jakes | Nicole K. Pedi (#6236) |
| John M. Williamson | RICHARDS, LAYTON, & FINGER |
| Anand K. Sharma | One Rodney Square |
| Rajeev Gupta | 920 N. King Street |
| Maximilienne Giannelli | Wilmington, Delaware 19801 |
| Karthik Kumar | Telephone: (302) 651-7700 |
| Daniel F. Roland | Cottrell@rlf.com |
| FINNEGAN, HENDERSON, FARABOW | Moyer@rlf.com |
|    GARRETT & DUNNER, LLP | Pedi@rlf.com |
| 901 New York Avenue, NW | |
| Washington, DC 20001 | |
| (202) 408-4000 | |
| gerald.ivey@finnegan.com | |
| mike.jakes@finnegan.com | |
| john.williamson@finnegan.com | *Attorneys for Defendants* |
| anand.sharma@finnegan.com | |
| raj.gupta@finnegan.com | |
| max.giannelli@finnegan.com | |
| karthik.kumar@finnegan.com | |
| daniel.roland@finnegan.com | |

Dated: March 15, 2021